IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

|  |  |
|---|---|
| KAMRYN O'HARA <br> KASSANDRA KOLB <br> KAITLYN KOLB, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD WECHSLER <br> 4420 Montgomery Road <br> Lynchburg, Va. 24503 <br><br> and <br><br> KAREN KENNEDY <br> 54 Evington Road <br> Evington, Va. 24550, <br><br> Defendants. | Case No. 6:25cv00102 |

## AMENDED COMPLAINT

Kamryn O'Hara, Kassandra Kolb and Kailyn Kolb, by counsel, move for judgment against the defendants, Donald Wechsler and Karen Kennedy, on the grounds and in the amounts set forth below:

    1. The former Defendant, Everlake Assurance Company, is a stock corporation authorized to conduct business in the Commonwealth of Virginia as a life insurance company.

2. Rachel A. Keys purchased a life insurance policy from Everlake Assurance Company in the face amount of One Million Dollars ($1,000,000.00).

3. Rachel A. Keys was both the owner and the insured under the policy.

4. Everlake Assurance Company issued the policy.

5. The policy number is 06T2262301.

6. Subsequent to issuing the policy, Rachel A. Keys requested and received the sum of $250,000.00 from Everlake Assurance, reducing the amount of the policy to $750,000.00.

7. The most recent beneficiary designation dated May 20, 2024 designated the 3 plaintiffs and Rachel's estate as each receiving a quarter share.

8. A copy of the beneficiary designation is attached hereto and made a part hereof as Exhibit "A".

9. Rachel A. Keys died March 13, 2025.

10. The policy was in full force and effect at her death.

11. The proceeds of the policy have been tendered to this Court and are currently being held there.

12. The defendant Donald Wechsler is claiming a portion of those proceeds and is made party defendant in that capacity.

13. Upon information and belief, the defendant Donald Wechsler is rightfully due a portion of the proceeds; but the plaintiffs are unsure of that amount.

14. The defendant Karen Kennedy is claiming the proceeds of the policy and she is made a party defendant in that capacity.

15. The plaintiffs deny that the defendant Karen Kennedy is due any sums from the life insurance proceeds.

**WHEREFORE** the plaintiffs move the Court for judgment by declaring they are the rightful beneficiaries under the policy; that the Court determine the actual amount, if any, that Donald Wechsler is due and authorize payment to him; that the Court deny any claim by the defendant Karen Kennedy; and enter judgment in favor for the plaintiffs for the balance of the proceeds plus interest and costs incurred herein.

Respectfully submitted,

**KAMRYN O'HARA, et al**

By: */s/ Sherwood S. Day*

Sherwood S. Day, Esq. (VSB# 15128)
Justin Smart, Esq. (VSB# 88003)
Richard Gilman, Esq. (VSB# 91407)
**DAY LAW GROUP, PLLC**
PO Box 1168
1047 Vista Park Drive, Suite D
Forest, Va. 24551
434-528-8877
434-846-4607
sday@daylawva.com
jsmart@daylawva.com
rgilman@daylawva.com

# EVERLAKE

EVERLAKE ASSURANCE COMPANY
PO BOX 83328
LINCOLN NE 68501

May 20, 2024

Page 1 of 1

Insured(s): **RACHEL A KEYS**

Policy Number: 06T2262301

RACHEL A KEYS
1302 S FORK RD
APPOMATTOX VA 24522

Your Representative: **RACHEL A KEYS**
2414 MEMORIAL AVE
LYNCHBURG VA 24501-2676



**RE: Beneficiary Change Request**

Dear RACHEL A KEYS,

**We Completed Your Request**
Please accept this letter as confirmation that your beneficiary change request has been approved and processed.

Detailed below is a summary of your current beneficiary designations:

**Primary Beneficiary(ies):**   KASSANDRA A KOLB 25.00%
                                 KAITLYN A KOLB 25.00%
                                 KAMRYN O'HARA 25.00%
                                 The Last Will and Testament of RACHEL KEYS 25.00%

**DIVORCE REVOCATION:** If any of the listed beneficiaries are an exspouse, they may have been revoked as beneficiary per state statute based on the state where the divorce occurred. If your intention is to keep an exspouse named as beneficiary, you will need to submit a Request for Change of Beneficiary renaming the individual as beneficiary after the effective date of the divorce. If you are unsure if this applies to you, please seek advice from your attorney.

NOTE: New beneficiary designations cancel any prior designations. Any future desired designation changes must be stated on the new beneficiary change request.

**Your Next Steps**
We ask that you keep this document with your policy pages in a safe place.

**Thank You**
We are committed to providing you with excellent service. If you have any questions regarding the ongoing servicing of this policy, please contact us online at customer.everlakelife.com or by phone at (844) 953-0347.

Sincerely,

Everlake Assurance Company Customer Service

Phone: (844) 953-0347
Web: customer.everlakelife.com
Fax: (833) 636-0034



PLAINTIFF'S EXHIBIT A

062301E3